## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**SECURITIES AND EXCHANGE COMMISSION**                                                          **Plaintiff**

**V.**                                                                          **Cause No. 2:08CV206-WAP-DAS**

**STEPHEN M. STRAUSS**                                                                          **Defendant**


### ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DISCOVERY


Before the court is the plaintiff's motion (# 10) for leave to conduct discovery.  For good cause shown, the motion is hereby **GRANTED**.  The plaintiff shall have 90 days from this date in which to conduct discovery related to issues in its proposed motion for default judgment.  The plaintiff shall file its motion for default judgment within 120 days of this date.

SO ORDERED this, the 6th day of May, 2010.


/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE