# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**SECURITIES AND EXCHANGE COMMISSION**                                **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 2:08CV-0206-WAP-DAS**

**STEPHEN M. STRAUSS**                                              **DEFENDANT**

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds that the Reports and Recommendations of the United States Magistrate Judge dated April 20, 2011 and May 19, 2011, were duly served upon the plaintiff; that more than fourteen days have elapsed since service of said Reports and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Reports and Recommendations should be approved and adopted as the opinions of the Court. It is, therefore

**ORDERED:**

1. That the Reports and Recommendations of the United States Magistrate Judge dated April 20, 2011 and May 19, 2011 are hereby approved and adopted as the opinions of the Court.

2. That the SEC's Motion for Imposition of a Penny Stock Bar (# 20) and Renewed Motion for Imposition of a Penny Stock Bar (# 23) are hereby DENIED. However, the SEC shall have 30 days from this date to reurge its request for imposition of a penny stock bar.

3. That the SEC shall submit a proposed final judgment to the court within 30 days of this date.

**THIS**, the 22nd day of August, 2011.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE